```
                            United States Bankruptcy Court
                             Southern District of Iowa
In re:                                                     Case No. 19-02627-lmj
Todd I Greenwood                                           Chapter 7
Lori A Greenwood
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0863-4          User: admin              Page 1 of 1          Date Rcvd: Feb 04, 2020
                              Form ID: 1318            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db/jdb         +Todd I Greenwood,    Lori A Greenwood,    3117 Villa Vista Drive,    Des Moines, IA 50316-1336
802426256      +Deere Employees Credit Union,    Attn: Bankruptcy,    Po Box 339,    Moline, IL 61266-0339
802426259      +Mercy Clinics Urgent Care Ankeny North,    800 E 1st St,    Ankeny, IA 50021-2077
802426260      +Mercy Medical Center,    1111 6th Ave,   Des Moines, IA 50314-2611
802426261      +Mercy West Radiology,    1601 NW 114th St,    #128,   Clive, IA 50325-7036
802426262      +Metro Anesthesia & Pain Management,    2459 E Euclid Ave,    #B,   Des Moines, IA 50317-3608
802426263      +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
802426264      +Polk County Clerk of Court,    111 Court Avenue,    Des Moines, IA 50309-2218
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
802426253      +EDI: CAPITALONE.COM Feb 05 2020 05:48:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
802426254      +E-mail/Text: bankruptcy@cavps.com Feb 05 2020 00:54:36       Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
802426255      +EDI: CREDPROT.COM Feb 05 2020 05:48:00      Credit Protection Association,    Attn: Bankruptcy,
                 Po Box 802068,    Dallas, TX 75380-2068
802426257      +EDI: IRS.COM Feb 05 2020 05:48:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
802426258      +E-mail/Text: bncnotices@becket-lee.com Feb 05 2020 00:54:20       Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
802426265       EDI: PRA.COM Feb 05 2020 05:48:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
802426267       EDI: USBANKARS.COM Feb 05 2020 05:48:00      US Bank/RMS CC,    Attn: Bankruptcy,   Po Box 5229,
                 Cincinnati, OH 45201
802426266       EDI: USBANKARS.COM Feb 05 2020 05:48:00      Us Bank,    Attn: Bankruptcy,    Po Box 5229,
                 cincinnati, OH 45201
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Benjamin W Hopkins    on behalf of Creditor   Nationstar Mortgage LLC dba Mr. Cooper
               rbennethum@petosalaw.com,    jmcvay@petosalaw.com
              Donald F Neiman    trusteeneiman@bradshawlaw.com,
               IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net
              Samuel Z Marks    on behalf of Debtor Todd I Greenwood office@markslawdm.com,
               andreaskr49092@notify.bestcase.com
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Todd I Greenwood | Social Security number or ITIN | xxx–xx–4724 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lori A Greenwood | Social Security number or ITIN | xxx–xx–2011 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Iowa | | |
| Case number: | 19–02627–lmj7 | | |

# Order of Discharge                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Todd I Greenwood                                Lori A Greenwood

2/4/20                                          **By the court:**  Judge Lee M. Jackwig
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**